In the Matter of the Claim of ESTELLE MORSE, Respondent, against MILTWESS REALTY CO., INC., Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of the State Industrial Board. On January 22, 1938, claimant met with an injury on the street while she was *en route*, providing for the installation of electrical work in the building for which she collected all the rents, and provided for maintenance contracts. Under her contract she was to receive three per cent of the gross rents, and ten per cent of all service contracts. The evidence is sufficient to establish that the claimant was an employee, and that she was in her employment at the time of the injury. Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of SIGMUND MUZERKEVITCH, Respondent, against GEORGE ZAITZ, WILLIAM BEZMAN and J. SUSKOWITZ, Employers, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from an award made by the State Industrial Board under the Workmen's Compensation Law. The employers were engaged in the clothing business and the claimant was employed as a machine operator. On July 1, 1937, the employees were all eating their dinner at their respective tables when one of the partners of the employers asked him to adjust a clock which was in the room where the employees were gathered for their lunch. While standing on a chair adjusting the clock at the direction of the employer the chair collapsed causing the claimant injuries for which the award was made. The sole question presented is that the accident did not arise out of and in the course of the employment. The evidence in the record sustains the award. Award unanimously affirmed, with costs to the State Industrial Board.